IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso German,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No. CV 05-1830-PHX-MHM<br><br>**ORDER** |

　　Plaintiff, Alfonso German, filed his Civil Rights Complaint on June 17, 2005. (Dkt.#1). On November 4, 2005 the Court issued a screen order advising Plaintiff that "at all times during the pendency of this action, Plaintiff shall immediately advise the Court and the United States Marshal of any change of address and its effective date." (Dkt.#4). On November 9, 2005 Plaintiff's copy of the November 4, 2005 orders were returned by the post-office with the notation "Released." On December 16, 2005 the Magistrate Judge issued an order directing the Plaintiff to show cause by January 5, 2006 as to why this action should not be dismissed for failure to comply with Court orders. (Dkt.#6). This order was returned by the post-office with the notation "Released from Custody." (Dkt.#7).

　　The Magistrate Judge filed his Report and Recommendation on January 24, 2006 recommending that Plaintiff's case be dismissed without prejudice for failure to prosecute and for failure to comply with Court orders pursuant to Rule 41(b), Fed. R. Civ. P. (Dkt.#8). The Court notes that the Plaintiff's copy of the Report and Recommendation has been

returned by the post-office. (Dkt.#9). The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**Accordingly,**

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Dkt.#8).

**IT IS FURTHER ORDERED** dismissing this case for Plaintiff's failure to comply with Court orders and for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P.

DATED this 12th day of June, 2006.

_____
Mary H. Murgula
United States District Judge